## Baugh *v.* Anderson & Brothers.

This case is ruled by that of *Gwin* v. *Anderson Brothers*, this day decided.                                   *Judgment affirmed.*